IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JARRAID ROGERS, ID # 1847726,<br>Petitioner, | )<br>) |
| vs. | ) No. 3:15-CV-3328-D |
| LORIE DAVIS, Director,<br>Texas Department of Criminal<br>Justice, Correctional Institutions Division,<br>Respondent. | )<br>)<br>)<br>)<br>) |

## ORDER

After reviewing all relevant matters of record in this case, including the March 21, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge and petitioner's April 3, 2018 objections, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, plaintiff Jarraid Rogers' affidavit of indigence, with a certificate of inmate trust account, received March 20, 2018, is construed as a notice of appeal, a motion for extension of time to file a notice of appeal, and a motion for leave to proceed in forma pauperis on appeal. The motions to extend time to appeal and to proceed in forma pauperis on appeal are denied.

**SO ORDERED**.

April 19, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE